UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT LEE STEPHENS,

    Petitioner,

v.                        CASE NO. 6:05-cv-1222-Orl-28KRS

STATE OF FLORIDA, et al.,

    Respondents.

**ORDER**

This case is before the Court on the following matters:

1. Petitioner filed an application for habeas corpus relief pursuant to 28 U.S.C. § 2254. Rule 2(c) of The Rules Governing Section 2254 Cases in United States Courts requires that the form of the habeas corpus petition be substantially in the form approved by the Judicial Conference of the United States. Although the instrument filed by Petitioner is partially on the appropriate form, the form is not complete. The Court finds that the standard pre-printed form is useful in helping the Court to evaluate habeas claims, and that it must be fully completed.

Accordingly, not later than **ELEVEN (11) DAYS** from the date of this Order, Petitioner shall refile his habeas corpus petition on the habeas corpus form provided as an attachment to this Order by the Clerk. Petitioner shall also provide the Clerk with one (1) additional copy of the revised petition for each named Respondent. **This case will be dismissed without further notice if Petitioner fails to file the amended petition within this time period.**

2. Petitioner's Motion Grounds for Relief (Doc. No. 3) is **DENIED** without prejudice to Petitioner's right to raise his claims in his habeas corpus petition.

3. *The Clerk of the Court is directed to send Petitioner a copy of a habeas corpus form, along with a copy of this Order.*

**DONE AND ORDERED** at Orlando, Florida, this <u>4th</u> day of November, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 11/4
Robert Lee Stephens